BRONSTER HOSHIBATA
A Law Corporation

MARGERY S. BRONSTER         #4750
mbronster@bhhawaii.net
REX Y. FUJICHAKU            #7198
rfujichaku@bhhawaii.net
1003 Bishop Street, Suite 2300
Honolulu, Hawai`i  96813
Telephone:  (808) 524-5644
Facsimile:  (808) 599-1881

Attorneys for Defendants
NC INTERACTIVE, INC. AND
NCSOFT CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| CRAIG SMALLWOOD, et al., | ) Civ. No.  CV09-00497 ACK BMK |
| Plaintiffs, | ) |
| v. | ) DEFENDANTS NC INTERACTIVE, ) INC. AND NCSOFT ) CORPORATION'S CORPORATE |
| NCSOFT, | ) DISCLOSURE STATEMENT; ) CERTIFICATE OF SERVICE |
| Defendant. | ) |

## DEFENDANTS NC INTERACTIVE, INC. AND NCSOFT CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Defendants NC Interactive, Inc. ("NCI") and NCSoft Corporation ("NCsoft") file this corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

NCsoft, a South Korean corporation, is the parent corporation of NCI. NCI is a wholly-owned subsidiary of NCsoft. There is no publicly held corporation that owns ten percent (10%) or more of NCsoft's stock.

DATED:   Honolulu, Hawai`i, November 23, 2009.

/s/ Rex Y. Fujichaku
MARGERY S. BRONSTER
REX Y. FUJICHAKU

Attorneys for Defendants
NC INTERACTIVE, INC. AND
NCSOFT CORPORATION